**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry L. Carr; Rodney C. Carr, ) | No. CV 09-667-PHX-JAT |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Esurance Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).

In this case, the notice of removal fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332. First, the notice of removal fails to allege a state of incorporation and a principal place of business for Defendant. *See Industrial Tectonics v. Aero Alloy*, 912 F.2d 1090, 1092, 1094 (9th Cir. 1990). Second, the notice of removal states that "Plaintiff is a resident" of Arizona, but it does not plead Plaintiff's citizenship, nor does it acknowledge that there are two Plaintiffs. *See Kanter v. Warner-Lambert*, 265 F.3d 853, 857-858 (9th Cir. 2001).

Accordingly,

**IT IS ORDERED** that by May 22, 2009, Defendant (as the party asserting jurisdiction and therefore, with the burden of pleading jurisdiction, *see Industrial Tectonics*,

1  912 F.2d at 1092) shall file an amended notice of removal properly alleging federal subject
2  matter jurisdiction, or this case will be remanded for lack of federal subject matter
3  jurisdiction.

DATED this 7th day of May, 2009.

_____
James A. Teilborg
United States District Judge